FILED
MAY 01 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

02CR0444

UNITED STATES OF AMERICA )
v. )
DEJUAN THORNTON )
a/k/a "Pablo," )
a/k/a "DeWayne Thornton" )

No. ______
Violations: Title 18, United States Code, Sections 922(g)(1) and 924(c), Title 21, United States Code, Sections 841(a)(1) and 860(a)

COUNT ONE

JUDGE DARRAH

MAGISTRATE JUDGE DENLOW

The SPECIAL APRIL 2002 GRAND JURY charges:

On or about February 25, 2002, at Chicago, in the Northern District of Illinois, Eastern Division,

DEJUAN THORNTON,
a/k/a "Pablo,"
a/k/a "DeWayne Thornton,"

defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting interstate commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of the firearm, namely, a Bryco, model 48, .380 caliber semiautomatic pistol, serial number 880479;

In violation of Title 18, United States Code, Section 922(g)(1).

DOCKETED
MAY 02 2002

COUNT TWO

The SPECIAL APRIL 2002 GRAND JURY further charges:

On or about February 25, 2002, at Chicago, in the Northern District of Illinois, Eastern Division,

DEJUAN THORNTON,
a/k/a "Pablo,"
a/k/a "DeWayne Thornton,"

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, in excess of three grams of mixtures containing heroin, a Schedule I Narcotic Drug Controlled Substance, in a housing facility owned by a public housing authority, namely, Rockwell Gardens, a Chicago Housing Authority housing facility located at 2450 West Monroe Street, Chicago, Illinois;

In violation of Title 21, United States Code, Section 841(a)(1) and 860(a).

COUNT THREE

The SPECIAL APRIL 2002 GRAND JURY further charges:

On or about February 25, 2002, at Chicago, in the Northern District of Illinois, Eastern Division,

DEJUAN THORNTON,
a/k/a "Pablo,"
a/k/a "DeWayne Thornton,"

defendant herein, did use and carry a firearm, which is further described in Count One of this indictment, during and in relation to, and did possess in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute heroin, as alleged in Count Two of this indictment;

In violation of Title 18, United States Code, Section 924(c)(1).

FORFEITURE ALLEGATION

The SPECIAL APRIL 2002 GRAND JURY further charges:

1. The allegations contained in this indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in the foregoing indictment,

DEJUAN THORNTON,
a/k/a "Pablo,"
a/k/a "DeWayne Thornton,"

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is one Bryco, model 48, .380 caliber semiautomatic pistol, serial number 880479 and ammunition;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

Patrick J. Fitzgerald

UNITED STATES ATTORNEY

No.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

DEJUAN THORTON
a/k/a "Pablo,"
a/k/a "Dewayne Thornton"

# INDICTMENT

Violations: Title 18, United States Code, Sections 922(g)(1)and 924(c), Title 21, United States Code, Sections 841(a)(1) and 860(a).

A true bill,

Foreman

Filed in open court this ______ day of MAY 0 1 2002,

A.D. 19______

MICHAEL W. DOBBINS

Clerk

Bail, $ ______

[illegible] M. MOORE

PO 880.320