UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 02 CR 444 |
| | ) | Judge John W. Darrah |
| DEJUAN THORNTON | ) | |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO: John A. Meyer
Two First National Plaza
20 South Clark Street
Suite 2210
Chicago, Illinois 60603-1805

PLEASE TAKE NOTICE that on AUGUST 27, 2002, the undersigned filed with the Clerk of the Court, the following document in the above captioned case:

**GOVERNMENT'S INFORMATION AND NOTICE PURSUANT TO 21 U.S.C. § 851**

_____
CARRIE E. HAMILTON
Assistant United States Attorney

STATE OF ILLINOIS )
                  ) SS
COUNTY OF COOK    )

Karen Sima, being first duly sworn on oath deposes and says that she is employed in the Office of the United States Attorney for the Northern District of Illinois; that on August 27, 2002, she caused a copy of the foregoing **NOTICE OF FILING AND CERTIFICATE OF SERVICE** and a copy of **GOVERNMENT'S INFORMATION AND NOTICE PURSUANT TO 21 U.S.C. § 851** to be served by facsimile on the above named individual.

_____

SUBSCRIBED AND SWORN TO BEFORE ME
This 27th day of August, 2002

_____
Notary Public

"OFFICIAL SEAL"
Joan J. Poninski
Notary Public, State of Illinois
My Commission Exp. 05/21/2005

DOCKETED
AUG 2 8 2002

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 02 CR 444 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| DEJUAN THORNTON | ) | |

**DOCKETED AUG 2 8 2002**

## GOVERNMENT'S INFORMATION AND NOTICE PURSUANT TO 21 U.S.C. § 851

The UNITED STATES OF AMERICA, by its attorney PATRICK J. FITZGERALD, the United States Attorney for the Northern District of Illinois, hereby gives notice pursuant to Title 21, United States Code, section 851(a)(1) of its intention to seek increased punishment for defendant Dejuan Thornton based upon the following prior felony conviction:

August 20, 1993 -- possession of a controlled substance with intent to deliver and possession of controlled substance on school property, case no. 91 CR 1928601, Cook County, Illinois.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*

STUART D. FULLERTON
CARRIE E. HAMILTON
Assistant United States Attorney
Dirksen Federal Building
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5300