**FILED**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FEB 20 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

United States of America
Plaintiff

v.

Dejuan Thornton
Defendant

Case Number: 1 02-CR-00444

Judge: John W. Darrah

Magistrate Judge: Levin

MOTION

explaination as to why dates are different on the 3 documents

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
JAN 31 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff: United States of America

v.

Defendant: DeJuan Thornton

Case Number: 1:02-CR-00444
Judge: John W. Darrah
Magistrate Judge: Levin

To whom it may concern:

Mr. Thornton would need something in writing explaining why the dates are different on these 3 documents. He would like to know if they are legal or fraudulent. He requested and received a Document Exemplification.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Declaration of Atty's Name

Pursuant to 28 USC 1746 I Atty's Name declare the following to be True and correct statement of facts.

I have examined the Judgment and Commitment Orders and the docket sheet of case # 02-CR-0444. And state the Judgment and Commitment Orders are in fact Void/fraud and are not effective or enforceable according to the law. The law requires a Judgment Order ~~because~~ must be set forth on a seperate document according to F.R.Civ.P 58. Then the clerk must enter the Judgment and Commitment Order on the docket sheet pursuant to F.R.Civ.P 79(a). The docket sheet in case 02-CR-0444 Doc #89 states Judgment not entered. Doc # 93 is Sentence, and Doc # 94 should have been Judgment and Commitment Order. And the documents should have never been certified stamped as True and Attested copys when they are not this is fall fraud. Pursuant to 28 USC 1746 I state the following are true and correct facts Atty's Name

→

over

For Atty's knowledge

See Ex #1 The Judgment and Commitment Order used by the BOP to detain me for 15 years

See Ex #2 The Copy sent to the U.S. Probation Office in Chicago.

See Ex #3 The Judgment and Commitment Order on file at the Federal Courthouse downtown Chicago.

See Ex #4 Docket Sheet
All these document's are void/fraud. I only sent the first pg because all the other pages are the same except page 2 on Doc #98

I can explain all this to any competent Atty.

Case: 1.02-cr-00444 Document #: 125 Filed: 02/20/18 Page 5 of 7 PageID #:434
Case: 1:02-cr-00444 Document #: 123 Filed: 01/31/18 Page 4 of 6 PageID #:426

AO 245B (Rev. 3/01)(N.D. Ill. rev.) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

NORTHERN District of ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA
v.
DEJUAN THORNTON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 02 CR 444-1

PRO SE
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____
☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.
☒ was found guilty on count(s) One, Two and Three of the indictment after Jury Trial
after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 922 | Possession of a firearm by a felon | 2/25/02 | One |
| 21 U.S.C. 841(a)(1) and 860(a) | Possession with the intent to distribute a Schedule I Narcotic Controlled Substance in a Public Housing Authority Facility | 2/25/02 | Two |
| 18 U.S.C. 924(c) | Using and carrying a firearm during and in relation to a Drug-Trafficking Offense | 2/25/02 | Three |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

JANUARY 29, 2003
Date of imposition of Judgment

_[signature]_
Signature of Judicial Officer

JOHN W. DARRAH, U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

_February 6 2003_
Date

FEB 10 2003

Ex # 1

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

NORTHERN District of ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA
V.
DEJUAN THORNTON

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 02 CR 444-1

PRO SE
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☒ was found guilty on count(s) One, Two and Three of the indictment after Jury Trial after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 922 | Possession of a firearm by a felon | 2/25/02 | One |
| 21 U.S.C. 841(a)(1) and 860(a) | Possession with the intent to distribute a Schedule I Narcotic Controlled Substance in a Public Housing Authority Facility | 2/25/02 | Two |
| 18 U.S.C. 924(c) | Using and carrying a firearm during and in relation to a Drug-Trafficking Offense | 2/25/02 | Three |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: _____
Defendant's Date of Birth: _____
Defendant's USM No.: 20791-424
Defendant's Residence Address:
 Paul Street
 60639

JANUARY 29, 2003
Date of Imposition of Judgment

Signature of Judicial Officer

JOHN W. DARRAH, U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

February 6, 2003

Defendant's Mailing Address:
 Paul Street
 60639

RECEIVED
FEB 1 1 2003
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

U.S. DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
DATE: FEB 10 2003

EX #2

Case: 1:02-cr-00444 Document #: 125 Filed: 02/20/18 Page 7 of 7 PageID #:436
Case: 1:02-cr-00444 Document #: 123 Filed: 01/31/18 Page 6 of 6 PageID #:428
Case: 1:02-cr-00444 Document #: 93 Filed: 01/29/03 Page 1 of 8 PageID #:335

⹁AO 245 (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ILLINOIS__
EASTERN DIVISION

UNITED STATES OF AMERICA
V.
DEJUAN THORNTON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 02 CR 444-1

PRO SE
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s) One, Two and Three of the indictment after Jury Trial
after a plea of not guilty.

DOCKETED
FEB 10 2003

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 922 | Possession of a firearm by a felon | 2/25/02 | One |
| 21 U.S.C. 841(a)(1) and 860(a) | Possession with the intent to distribute a Schedule I Narcotic Controlled Substance in a Public Housing Authority Facility | 2/25/02 | Two |
| 18 U.S.C. 924(c) | Using and carrying a firearm during and in relation to a Drug-Trafficking Offense | 2/25/02 | Three |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

JANUARY 29, 2003
Date of Imposition of Judgment

_signature_
Signature of Judicial Officer

JOHN W. DARRAH, U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

February 6, 2003
Date

EX #3