United States District Court of Northern District
Of Illinois Eastern Division

FILED
JUL 17 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dejuan B. Thornton-Bey
aka Dejuan Thornton
　　Petitioner

v

United States of America
　　Respondents

Case 02-0444 JC

Motion For Reduction of Sentence According
To The First Step Act - And Appointment of Counsel To File It.

　　Petitioner has been incarcerated for 21 years on a 32 year sentence for. possession of a gun and 4/3 dime bags. 922(g) 120 months, 21 USC 841(a)(1) and 860(a) and 924(c) See Ex#1. I got for 21 USC 841(a)(1) and 860(a) (260 to 327) months I got the High end 327 months, See Ex#2. 924(c) I got 60 month run consecutive. I am currently at the Step Down Mental Health Unite At USP Allenwood I been here going on 8 years.

　　It was brought to my attention that I qualify for a sentence Reduction according the "First Step Act" and "Fair Sentence Act". I was also informed a 924(c) is not consective anymore.

According to Section 404(c) A person can not seek relief under the Act more then once if the first Motion was "denied" After a complete review of the Motion on the Merits." First Step Act 404(c) United States v Shaw 957 F.3d at 743 (7th Cir 2020).

Thus I ask the court to Appointment Counsel from the Federal Defenders Office to help prepair the "Motion For Reduction of Sentence". That it may be PROPER before the court And inform the court the Relief for petitioner because petitioner only have one time to get it right.

Respect Fully Submitted

Dr Ivan B. Thornton-Bey

Certificate of Mail

I Dr Ivan B. Thornton-Bey State I sent this Motion For Reduction of Sentence To The Clerk of U.S. District Court Norther District Eastern Div from USP Allenwood on date stated below

Respectfully Submitted

Dr Ivan B. Thornton-Bey

July 9, 2023.

DOCKETED
MAY 0 2 2002

FILED
MAY 0 1 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FELONY

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO X ☐ YES

**02CR0444**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO X  YES   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? NO X  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   JUDGE DARRAH

   MAGISTRATE JUDGE DENLOW

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X
                                                                MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X
                                                                              YES ☐

8) Does this indictment or information include a conspiracy count?   NO X  YES

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............. (II) | ☐ Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances .... (III) |
| ☐ Criminal Antitrust ........ (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses .... (IV) |
| ☐ Bank robbery ............ (II) | ☐ Other Fraud ............ (III) | ☐ Immigration Laws ............ (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............ (IV) |
| ☐ Assault ............. (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ............ (IV) |
| ☐ Burglary ............ (IV) | ☐ Counterfeiting ............ (III) | ☐ Selective Service Act ......... (IV) |
| ☐ Larceny and Theft ........ (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail ............ (II) |
| ☐ Postal Embezzlement ..... (IV) | ☐ DAPCA Marijuana ......... (III) | ☒ Other Federal Statutes ......... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ......... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18, U.S.C., Sections 922(g)(1) and 924(c)
Title 21, U.S.C., Sections 841(a)(1) and 860(a)

STUART D. FULLERTON
Assistant United States Attorney

Ex #1

1  be, automatically becomes a category 6.
2      The defendant's criminal history is extensive, and
3  without the automatic increase to a category 6, the defendant
4  has a criminal history category 5 by virtue of 11 criminal
5  history points. Defendant also has an extensive list of
6  contacts with law enforcement which did not result in a
7  conviction or which -- or for which a disposition is not known.
8  Therefore, the total offense level for the most serious counts
9  is a total offense level of 34 and a criminal history category
10 of 6. The guideline provisions are guideline -- require a term
11 of imprisonment from 262 to 327 months as well as the
12 consecutive 60-month or five-year sentence on Count 3.
13     Mr. Thornton, do you want to say anything on your
14 behalf regarding sentencing?
15     (No response.)
16     THE COURT: Mr. Fullerton, do you wish to say
17 anything --
18     MR. FULLERTON: Thank you, Judge.
19     THE COURT: -- regarding sentencing?
20     MR. FULLERTON: As I said in the government's version,
21 we feel it's appropriate to sentence Mr. Thornton at the high
22 end of that sentencing range. Mr. Thornton is a recidivist,
23 violent career criminal who was dealing drugs in a public
24 housing project while armed, and there is no reason to think
25 either from his offense conduct -- I mean he was doing this the

*[Handwritten note: Nor did I qualify as a Career Criminal!! which would have been category 5 (132 to 160) months]*

Valarie M. Harris - Official Court Reporter - (312) 435-6891

*[Handwritten: Ex #2]*

INMATE NAME/NUMBER: DeJuan Thornton-Bey #20791-424
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD USP
P.O. BOX 3000
WHITE DEER, PA 17887





HARRISBURG PA 171
11 JUL 2023 PM 2 L

Mailed From US Penitentiary
JUL 17 2023

Office of Clerk
United States District Courthouse
219 S. Dearborn St
Chicago IL 60604

Legal Mail